IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER ROBBINS, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-12-3538 |
| EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC., | § § § § | |
| Defendants. | § § § | |

## ORDER

Plaintiff filed a motion for continuance of the scheduling conference, (Docket Entry No. 5). The motion is granted. The initial pretrial and scheduling conference is reset to **March 29, 2013, at 9:30 a.m.** The joint discovery/case management plan is due by March 15, 2013.

SIGNED on February 25, 2013, at Houston, Texas.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Lee H. Rosenthal
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge